# Third District Court of Appeal
## State of Florida

Opinion filed September 20, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D23-1613
Lower Tribunal No. F20-11164

————————————

**Robert L. Caleb,**
Petitioner,

vs.

**James Reyes, etc., et al.,**
Respondents.

A Case of Original Jurisdiction – Habeas Corpus.

Robert L. Caleb, in proper person.

Ashley Moody, Attorney General, for respondent The State of Florida.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Denied.